MARGARET CREMEANS, as Administratrix, etc., of JOHN W. CREMEANS, Deceased, Appellant, v. THE PENNSYLVANIA RAILROAD COMPANY, Respondent.— Motion

for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

CLEORA CURRIE, as Administratrix, etc., of JOHN G. CURRIE, Deceased, Respondent, v. INTERNATIONAL MAGAZINE CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.